UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL ANTHONY THOMAS,<br>Plaintiff<br>v.<br>SACRAMENTO COUNTY MAIN JAIL, et al.,<br>Defendants. | Case No. 2:26-cv-0451-JDP (P)<br><br>ORDER |

On March 12, 2026, I directed plaintiff to either file an amended complaint or submit, in writing a notice of his intent to proceed only with the claims I deemed cognizable. ECF No. 5. The deadline for doing so was thirty days. *Id.* at 4. It is now September, and plaintiff has not complied with my order. He must show cause, in writing, why this action should not be dismissed for failure to prosecute.

Accordingly, it is ORDERED that, within fourteen days of this order's entry, plaintiff must show cause, in writing, why this action should not be dismissed for failure to prosecute. Any response to this order should be accompanied by either an amended complaint or a notice of his intent to proceed with the cognizable claims. If plaintiff fails to comply with this order within the deadline, I will recommend that this action be dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated: September 3, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE